JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR GOMEZ RAMIREZ,<br><br>   Petitioner,<br><br>   v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>   Respondent. | Case No. 2:17-cv-08201-SVW (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Presented By The United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: July 15, 2019

_____
HONORABLE STEPHEN V. WILSON
United States District Judge